**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RENHURST HOLDINGS, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:26-CV-00291-O** |
| | § | |
| **GOLDEN BANK, NA, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES BANKRUPTCY JUDGE**

The United States Bankruptcy Judge made a Report and Recommendation in this case (ECF No. 1). The Bankruptcy Judge recommends that the Court authorize the Bankruptcy Court to conduct a jury trial regarding certain claims pursuant to 28 U.S.C. § 157(e). According to the Report and Recommendation, all Parties have consented to the Bankruptcy Court conducting a jury trial. *See* R&R 5–6, ECF No. 1; *see also Burton v. Schamp*, 25 F.4th 198, 210 (3d Cir. 2022). And no Party has objected to the Report and Recommendation. Accordingly, the Court **ACCEPTS** the Bankruptcy Judge's Report and Recommendation and **AUTHORIZES** the Bankruptcy Judge to conduct a jury trial in this case.

**SO ORDERED** on this **2nd day** of **April, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**